# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PORTER MAJOR

NO. 2021 KW 1613

**FEBRUARY 14, 2022**

---

In Re:    Porter Major, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-99-0985.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court is proceeding toward disposition of relator's Motion to Correct an Illegal Sentence as it is set to be heard on March 14, 2022.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT